UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

CIVIL MINUTES - GENERAL

Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ✓

CASE NO.: CV 04-8510 SJO (SSx)     DATE: November 8, 2004

TITLE: Long Beach Area Peace Network, et al. v. City of Long Beach

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                William Stephens
Courtroom Clerk                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Carol A. Sobel                  Randall C. Fudge

========================================================================

**PROCEEDINGS:** PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Hearing held. Court and counsel confer whether the Long Beach Municipal Code ordinance is unconstitutional because it is a content based restriction or not narrowly tailored. Court takes matter under submission.



DOCKETED ON CM
NOV 18 2004
BY ____

/5

MINUTES FORM 11
CIVIL GEN                       Page 1 of 1                 Initials of Deputy Clerk