UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority \_\_\_\_
Send \_\_\_\_
Enter \_\_\_\_
Closed \_\_\_\_
JS-5/JS-6 \_\_\_\_
Scan Only \_\_\_\_

| | |
|---|---|
| **CASE NO.:** CV 04-08510 SJO (SSx) | **DATE:** May 14, 2010 |
| **TITLE:** Long Beach Area Peace Network, et al. v. City of Long Beach | |

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                   Not Present
Courtroom Clerk                                    Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**              **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                        Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS): ORDER**

The parties are advised that **MOTION For an Order Awarding Attorneys Fees and Costs [56] Pursuant to 42 U.S.C. § 1983 and California Code of Civil Procedure § 1021.5 filed by Plaintiffs on 4-15-10.**, scheduled for hearing on May 24, 2010, is taken under submission. Accordingly, the hearing date is vacated. Order will issue.